IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NOEL BAUTISTA, | : | |
|    Plaintiff | : | No. 1:21-cv-00126 |
| | : | |
|    v. | : | (Judge Kane) |
| | : | |
| JESSICA CAREY, | : | |
|    Defendant | : | |

### ORDER

**AND NOW**, on this 11th day of January 2023, upon consideration of pro se Plaintiff Noel Bautista ("Plaintiff")'s motion to compel discovery (Doc. No. 54) and Defendant Jessica Carey ("Defendant")'s motion for summary judgment (Doc. No. 51), **IT IS ORDERED THAT**:

1. Plaintiff's motion to compel discovery (Doc. No. 54) is **DENIED**;

2. Defendant's motion for summary judgment (Doc. No. 51) is **GRANTED**;

3. The Clerk of Court shall enter judgment in favor of Defendant and against Plaintiff; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
